No. 93–5782. TORRES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 93–5787. GARCIA *v.* ALASKA. Ct. App. Alaska. Certiorari denied.

No. 93–5788. GASKIN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 93–5789. HAPP *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 93–5790. FLOYD *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 93–5795. ARMSTRONG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–5797. BOOKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–5801. ELLIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–5802. GIBSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–5805. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–5806. PASCHALL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–5808. PUGH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–5809. STOKES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 93–5816. CONDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–5821. KOROMA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–5827. HERNANDEZ *v.* UNITED STATES; and
No. 93–5840. JIMINEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.